*E-FILED: May 31, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIERRA CLUB, | No. C11-06392 HRL |
| Plaintiff, | **ORDER RE JUNE 5, 2012 MOTION HEARINGS** |
| v. | |
| LEHIGH SOUTHWEST CEMENT COMPANY and HANSON PERMANENTE CEMENT, INC., | |
| Defendants. | |

Inasmuch as defendants' motion for judgment on the pleadings (Dkt. No. 32) and plaintiff's summary judgment motion re standing (Dkt. No. 27) raise issues concerning the court's subject matter jurisdiction and plaintiff's ability to pursue this action, the hearing on defendants' pending motion, noticed for June 5, 2012, is **continued to July 17, 2012, 10:00 a.m.** to coincide with the hearing on plaintiff's motion re standing.

As for plaintiff's summary judgment motion re liability, plaintiff acknowledges that determinations re liability should be made only after standing issues are resolved. The court agrees that is the proper and most efficient way to proceed. Accordingly, the June 5, 2012 hearing as to that motion is vacated and the motion will be administratively

terminated—without prejudice to plaintiff to re-notice that motion, as may be appropriate, following resolution of the jurisdictional and standing issues.[1]

SO ORDERED.

Dated: May 31, 2012



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] On the record presented, defendants have not satisfactorily explained, pursuant to Fed. R. Civ. P. 56(d), what discovery they need and why they cannot properly oppose plaintiff's motion re liability without it.

5:11-cv-06392-HRL Notice has been electronically mailed to:

George E. Hays     georgehays@mindspring.com

Nicole Elizabeth Granquist     ngranquist@downeybrand.com, bbrasher@downeybrand.com, courtfilings@downeybrand.com, sgatlin@downeybrand.com

Reed Zars     rzars@lariat.org, reedzars@gmail.com