**United States District Court**
For the Northern District of California

1

2                                                    **\*E-FILED:  May 31, 2012\***

3

4

5

6

7                              NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   SIERRA CLUB,                           No. C11-06392 HRL

            Plaintiff,                      **ORDER RE JUNE 5, 2012 MOTION**
13      v.                                  **HEARINGS**

14   LEHIGH SOUTHWEST CEMENT COMPANY
     and HANSON PERMANENTE CEMENT,
15   INC.,

16            Defendants.
     _____/
17

18          Inasmuch as defendants' motion for judgment on the pleadings (Dkt. No. 32) and

19   plaintiff's summary judgment motion re standing (Dkt. No. 27) raise issues concerning the

20   court's subject matter jurisdiction and plaintiff's ability to pursue this action, the hearing on

21   defendants' pending motion, noticed for June 5, 2012, is **continued to July 17, 2012, 10:00**

22   **a.m.** to coincide with the hearing on plaintiff's motion re standing.

23          As for plaintiff's summary judgment motion re liability, plaintiff acknowledges that

24   determinations re liability should be made only after standing issues are resolved.  The court

25   agrees that is the proper and most efficient way to proceed.  Accordingly, the June 5, 2012

26   hearing as to that motion is vacated and the motion will be administratively

27

28

1    terminated—without prejudice to plaintiff to re-notice that motion, as may be appropriate,

2    following resolution of the jurisdictional and standing issues.[1]

3         SO ORDERED.

4    Dated: May 31, 2012

5    

6    _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28        [1]      On the record presented, defendants have not satisfactorily explained,
     pursuant to Fed. R. Civ. P. 56(d), what discovery they need and why they cannot properly
     oppose plaintiff's motion re liability without it.

**United States District Court**
For the Northern District of California

5:11-cv-06392-HRL Notice has been electronically mailed to:

George E. Hays    georgehays@mindspring.com

Nicole Elizabeth Granquist    ngranquist@downeybrand.com, bbrasher@downeybrand.com, courtfilings@downeybrand.com, sgatlin@downeybrand.com

Reed Zars    rzars@lariat.org, reedzars@gmail.com

**United States District Court**
For the Northern District of California