1

2

3                     **UNITED STATES DISTRICT COURT**

4                     **NORTHERN DISTRICT OF CALIFORNIA**

5                         **SAN JOSE DIVISION**

6

7   UNITED STATES OF AMERICA, et al.,            Case No.  15-cv-01896-BLF

              Plaintiffs,

8

      v.                                         **SUA SPONTE JUDICIAL REFERENCE**
9                                                **FOR PURPOSES OF DETERMINING**
                                                 **RELATIONSHIP OF CASES**
10  LEHIGH SOUTHWEST CEMENT
    COMPANY, et al.,                             [Re:  ECF 9]

11            Defendants.

12

13        On September 11, 2015, the parties consented to proceed before Magistrate Judge Howard

14  R. Lloyd.  However, Judge Lloyd is not the assigned magistrate judge for the above captioned

15  case.  Accordingly, in accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that

16  the above captioned case is referred to Judge Lloyd to determine whether it is related to *Sierra*

17  *Club v. Lehigh Southwest Cement Company and Hanson Permanente Cement, Inc.*, Case No.

18  5:11-cv-0392-HRL.

19        **IT IS SO ORDERED.**

20  Dated: September 11, 2015

21  _____

22  BETH LABSON FREEMAN
    United States District Judge

23

24

25

26

27

28