1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>    v.<br><br>LEHIGH SOUTHWEST CEMENT<br>COMPANY, et al.,<br><br>        Defendants. | Case No.  5:11-cv-06392-HRL<br>Case No.  5:15-cv-01896-HRL |
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br>    v.<br><br>LEHIGH SOUTHWEST CEMENT<br>COMPANY, et al.,<br><br>        Defendants. | **ORDER RE STIPULATION TO AMEND<br>CONSENT DECREE** |

On March 10, 2015 in Case No. C11-06392 HRL *Sierra Club v. Lehigh Southwest Cement Co., et al.*, the parties filed a fifth stipulation to amend the consent decree entered in that case. (Dkt. 103).  The parties requested that this court refrain from ruling on that matter until after the United States Department of Justice (USDOJ) indicates that it has no objection.  This court has not been apprised whether or not the USDOJ objects to the parties' stipulated amendment, and so that request remains pending.

United States District Court
Northern District of California

United States District Court
Northern District of California

1  Meanwhile, the federal and state governments sued the same defendants in Case No. C15-01896 HRL *United States of America, et al. v. Lehigh Southwest Cement Co., et al.* and advised that the matter was related to the *Sierra Club* case. The parties to the second action have stipulated to the entry of a consent decree. After both lawsuits were related, the government's unopposed motion for entry of the proposed consent decree was re-noticed for hearing on this court's November 3, 2015 calendar.

No later than **October 26, 2015**, the parties to the *Sierra Club* action shall file a joint statement (no more than 5 pages) (1) explaining how (if at all) the pending motion for entry of a consent decree in Case No. C15-01896 impacts the parties' fifth stipulation to amend the consent decree in Case No. C11-06392; and (2) advising as to any other matter that may facilitate a just and efficient disposition of that stipulated request. To the extent the parties in Case No. C15-01896 also wish to file a response to this order, they shall do so via a joint statement (no more than 5 pages) by October 26, 2015.

SO ORDERED.

Dated:   October 19, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

2

5:11-cv-06392-HRL Notice has been electronically mailed to:

George E. Hays     georgehays@mindspring.com

Judith B. Harvey     judith.harvey@usdoj.gov

Nicole Elizabeth Granquist     ngranquist@downeybrand.com, bbrasher@downeybrand.com,
courtfilings@downeybrand.com, owright@downeybrand.com

Reed Zars     reed@zarslaw.com, reedzars@gmail.com


5:15-cv-01896-HRL Notice has been electronically mailed to:

Deborah Anne Gitin     Deborah.Gitin@usdoj.gov, blake.ellen@epa.gov,
efile_ees.enrd@usdoj.gov, Victoria.Reeder@usdoj.gov

Marc Nathaniel Melnick     marc.melnick@doj.ca.gov, ida.martinac@doj.ca.gov

Michael Thomas Pyle     michael.t.pyle@usdoj.gov, mimi.lam@usdoj.gov