DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com

Attorneys for Defendants LEHIGH SOUTHWEST
CEMENT COMPANY AND HANSON
PERMANENTE CEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>Plaintiff,<br><br>v.<br><br>LEHIGH SOUTHWEST CEMENT COMPANY, and HANSON PERMANENTE CEMENT, INC.<br><br>Defendants. | Case No.: 5:11-cv-06392-HRL<br>Case No.: 5:15-cv-01896-HRL<br><br>Judge: Hon. Howard R. Lloyd<br><br>**REVISED XXXXXXX ORDER GRANTING FIFTH AMENDMENT TO CONSENT DECREE**<br><br>Date Consent Decree Entered: June 18, 2013<br><br>[Dkt. 109] |

Good cause appearing, and based on the stipulation of the parties,

IT IS ORDERED that:

1. The March 13, 2015 permit and approval application deadline set forth in Paragraph 45(f) of the June 18, 2013 Consent Decree (Docket No. 86), as amended on September 12, 2014, October 17, 2014, December 18, 2014, and March 6, 2015, is stayed pending the Parties' efforts to revise the creek restoration provisions of the Consent Decree to reflect revised creek restoration terms and timing of applicable actions.

2. The Parties shall lodge an amended Consent Decree with revised creek restoration provisions no later than December 23, 2015, at which point, the permit and approval application

1424332.1

1 | deadlines set forth in the revised Consent Decree will control.

2 | IT IS SO ORDERED.

3 | Dated: November 2, 2015

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Howard R. Lloyd
United States District Court
Northern District of California