UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEHIGH SOUTHWEST CEMENT COMPANY and HANSON PERMANENTE CEMENT, INC.,<br><br>　　　　Defendants. | Case No.  5:11-cv-06392-HRL<br><br>**ORDER RE AMENDED CONSENT DECREE, REVISED EXHIBIT D** |

Having inadvertently entered the unrevised version of Exhibit D to the Amended Consent Decree (Dkt. 120), the court now enters the revised Exhibit D and deems it incorporated as part of the Amended Consent Decree in place of the previously filed Dkt. No. 120-9.

SO ORDERED.

Dated:  May 18, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California

1  5:11-cv-06392-HRL Notice has been electronically mailed to:

2  George E. Hays     georgehays@mindspring.com

3  Judith B. Harvey     judith.harvey@usdoj.gov

4  Nicole Elizabeth Granquist     ngranquist@downeybrand.com, blutman@downeybrand.com, courtfilings@downeybrand.com, owright@downeybrand.com

6  Reed Zars     reed@zarslaw.com, reedzars@gmail.com